# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

131669

PRESSEY ENTERPRISES, INC.,
KEN PRESSEY and SHARON PRESSEY,
      Plaintiffs-Appellants,

v

BARNETT-FRANCE INSURANCE AGENCY,
      Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131669
COA: 258646
Emmet CC: 03-007794-ND

_____/

      On order of the Court, the application for leave to appeal the June 8, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

p1218